U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
5:05 P.M
Nov 10 2008
X. [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

REGINALD JAVA BROWN, )
)
    Petitioner, )
v. )
) CASE NO. CV408-087
UNITED STATES OF AMERICA, )              CR405-280
)
    Respondent. )
)

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 7). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this 10th day of November, 2008.

[signature]

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA