IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR405-280
)
REGINALD JAVA BROWN, )
)
Defendant. )

O R D E R

Before the Court is Defendant's Motion Seeking Modification of Sentence (Doc. 112), to which the Government has filed a response in opposition (Doc. 113). In his motion, Defendant seeks a release from prison to serve out the remainder of his sentence in home detention. (Doc. 112 at 2.) However, Defendant has not filed this motion through an appropriate habeas petition pursuant to 28 U.S.C. § 2241, nor does it appear from the record that Defendant has exhausted his administrative remedies with the Federal Bureau of Prisons. See Rey v. Warden, FCC Coleman-Low, 359 Fed. App'x 88, 90 (11th Cir. 2009). Accordingly, Defendant's motion is **DENIED**.

SO ORDERED this 2nd day of April 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA